**Zeb MAYHEW, Plaintiff in Error, v. Walter McNEIL, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. December 17, 1925.)

No. 153.

In Error to the District Court of the United States for the Eastern District of New York.

Kelly, Hewitt & Harte, of New York City (D. Theodore Kelly and Howard B. Harte, both of New York City, of counsel), for plaintiff in error.

George G. Zabriskie, of New York City, for defendant in error.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Judgment (10 F.[2d] 393) affirmed in open court, with 5 per cent. penalty for delay.